IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DERIC WILBER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 3:22-CV-220-WKW ) [WO] |
| RUSSELL COUNTY JAIL, *et al.*, | ) ) |
| Defendants. | ) |

## ORDER

On July 7, 2022, the Magistrate Judge filed a Recommendation (Doc. # 4) to which no timely objections have been filed. Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED as follows:

1. The Magistrate Judge's Recommendation (Doc. # 4) is ADOPTED.

2. This case is DISMISSED without prejudice.

A final judgment will be entered separately.

DONE this 29th day of July, 2022.

                              /s/   W. Keith Watkins
                        UNITED STATES DISTRICT JUDGE